■ In the Matter of the Arbitration between Certain Underwriting Members of Lloyd's, Appellants, and National Broadcasting Company, Inc., as Subrogor For the Benefit of Bellefonte Insurance Company et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (A. R. Tyler, J.), entered on December 29, 1981, unanimously affirmed.

---

[*] General Municipal Law.

Respondents shall recover of appellants one bill of $50 costs and disbursements of this appeal. The appeal from the order entered on March 11, 1982 is dismissed, without costs and without disbursements, as said order is nonappealable. No opinon. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Asch, JJ.